UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

KCM PARTNERSHIP; CHAMP PATEL; and Does 1-10,

    Defendants.

Case No.: 2:14-CV-01910-MCE-AC

**ORDER**

Pursuant to Plaintiffs' notice of settlement (ECF No. 14), all currently set dates are hereby VACATED. The parties shall file a Joint Stipulation for Dismissal not later than sixty (60) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: October 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT